IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
TED DOUKAS, SYNGEN DATA SERVICES
CORPORATION, TED DOUKAS as a shareholder of
SYNGEN DATA SERVICES, TED DOUKAS, as a joint
venture partner with CLAUDIO BALLARD, TED
DOUKAS as an equitable owner of all patents and
technology owned by CLAUDIO BALLARD or his
purported assignees, TED DOUKAS as an equitable owner
of all patents and technology owned by DataTreasury Corp.,
TED DOUKAS as owner of certain technology and Assets
produced by a joint venture with CLAUDIO BALLARD,
TED DOUKAS as a 50% equitable owner of DataTreasury
Corp., an assignee of CLAUDIO BALLARD's ownership
of certain technology developed by the joint venture and
unknown Defendants named John and Jane Does "1"
through "750", TED DOUKAS as the constructive and
beneficial owner of all settlements and licensing agreements
relating to certain technology created by virtue of a joint
TED DOUKAS as a joint venture owner of the assets of a
joint venture partnership commonly referred to "the
*Doukas/Ballard joint venture"*,

                              Plaintiffs,

            *-against-*

CLAUDIO BALLARD, KEITH DELUCIA a/k/a "KEITH
WICKEY", a/k/a "KEITH DOYLE", SHEPHARD LANE,
UNIDENTIFIED DEFENDANTS JOHN AND JANE
DOES "1" THROUGH "750", UNIDENTIFIED
CORPORATE ENTITIES "1" THROUGH "75",
UNKNOWN LICENSES AND BANKING
INSTITUTIONS "1" THROUGH "75", DATATREASURY
CORP., KEITH DELUCIA a/k/a "KEITH WICKEY", a/k/a
"KEITH DOYLE" as an owner of shares in DataTreasury
Corporation, SHEPHARD LANE, as an owner of shares in
DataTreasury Corporation, CLAUDIO BALLARD, as an
owner of shares in DataTreasury Corporation, SYNGEN
CORPORATION, CLAUDIO BALLARD as an owner of
shares in SYNGEN CORPORATION, CLAUDIO
BALLARD as the fiduciary to TED DOUKAS and
SYNGEN DATA SERVICES CORPORATION,
CLAUDIO BALLARD as the Constructive trustee of TED
DOUKAS' interest in the technology created by a joint
venture, PETER LUPOLI, VIRGINIA LUPOLI, CSP
HOLDINGS INC., HAROLD NIX (individually), NIX,

**Civil Action No. 11-3275 (ADS)**

Supreme Court of the States of
New York; County of Suffolk
Index No. 009267/2011

**<u>NOTICE OF APPEARANCE</u>**

PATTERSON AND ROACH, LLP, BANK OF AMERICA,
WELLS FARGO, I CITIBANK, BANK HAPOALIM,
BANCORPSOUTH, INC., INTUIT, INC., KEYCORP and
KEYBANK NATIONAL ASSOC., JP MORGAN CHASE
& CO., INGENICO, JP MORGAN CHASE BANK, M&T
BANK CORP., MERRILL LYNCH, UNION BANK OF
CALIFORNIA, PNC FINANCIAL SERVICES GROUP,
CHARLES SCHWAB & CO., INC and CHARLES
SCHWAB BANK, MERRILL LYNCH, PIERCE, FENNER
& SMITH, INC., PNC FINANCIAL SERVICES GROUP,
THE ROYAL BANK OF SCOTLAND GROUP,
SUNTRUST BANK, INC., WELLS FARGO &
COMPANY, BANK OF TOKYO-MITSUBISHI UFJ,
LTD., THE BANK OF NEW YORK MELLON
CORPORATION, THE BANK OF NEW YORK
MELLON, CITIGROUP, INC., CITIBANK, N.A., CITY
NATIONAL BANK, COMMUNITY BANKING
SYSTEMS, BRANCH BANKING AND TRUST
CORPORATION, COMERICA BANK, COMERICA
INCORPORATED, COMPASS BANCSHARES, INC.,
COMPASS BANK, DEUSTSCHE BANK, EDWARD D.
JONES & CO., L.P., HSBC NORTH AMERICA
HOLDINGS INC., HSBC BANK USA, N.A., FIRST
TENNESSEE BANK NATIONAL ASSOCIATION,
CULLEN/FROST BANKERS, INC., and THE FROST
NATIONAL BANK,

                                                              Defendants.
------------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that the undersigned attorneys, are appearing on behalf of

Defendant Edward D. Jones & Co., L.P. in the above-captioned action.  Defendant requests that

all papers in connection with the above-captioned action be served upon the undersigned.

Dated:  New York, New York
         Monday, July 11, 2011

Respectfully Submitted,
DUANE MORRIS LLP
By:_____/s/__Justin Joseph D'Elia_____
JUSTIN JOSEPH D'ELIA
Duane Morris LLP
1540 Broadway
Telephone: (212) 692-1069
Fax: (212) 692-1020
jjdelia@duanemorris.com
*Attorneys for Defendant Edward D. Jones &*
*Co., L.P.*

2