HERRICK, FEINSTEIN LLP
Scott E. Mollen
M. Darren Traub
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1418
Facsimile: (212) 545-3401
Attorneys for Defendants
Claudio Ballard and DataTreasury Corp.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 07 2011 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

------------------------------------x

TED DOUKAS, SYNGEN DATA SERVICES
CORPORATION, TED DOUKAS as a shareholder
of SYNGEN DATA SERVICES, TED DOUKAS,
as a joint venture partner with CLAUDIO
BALLARD, TED DOUKAS as an equitable owner
of all patents and technology owned by CLAUDIO
BALLARD or his purported assignees, TED
DOUKAS as an equitable owner of all patents and
technology owned by DataTreasury Corp., TED
DOUKAS as owner of certain technology and
Assets produced by a joint venture with CLAUDIO
BALLARD, TED DOUKAS as a 50% equitable
owner of DataTreasury Corp., an assignee of
CLAUDIO BALLARD's ownership of certain
technology developed by the joint venture and
unknown Defendants named John and Jane Does
"1" through "750", TED DOUKAS as the
constructive and beneficial owner of all settlements
and licensing agreements relating to certain
technology created by virtue of a joint TED
DOUKAS as a joint venture owner of the assets of
a joint venture partnership commonly referred to
"the *Doukas/Ballard joint venture*",

:   Civil Action No.: CV11-3275

:   **DEFENDANT DATATREASURY
:   CORPORATIONS'S RULE 7.1
:   DISCLOSURE STATEMENT**

:   SPATT, J.

:   WALL, M.J.

                        Plaintiffs,

        -against-

CLAUDIO BALLARD, KEITH DELUCIA a/k/a
"KEITH WICKEY", a/k/a "KEITH DOYLE",
SHEPHARD LANE, UNIDENTIFIED
DEFENDANTS JOHN AND JANE DOES "1"

| | |
|---|---|
| THROUGH "750", UNIDENTIFIED | : |
| CORPORATE ENTITIES "1" THROUGH "75", | : |
| UNKNOWN LICENSES AND BANKING | |
| INSTITUTIONS "1" THROUGH "75", | : |
| DATATREASURY CORP., KEITH DELUCIA | : |
| a/k/a "KEITH WICKEY", a/k/a "KEITH DOYLE" | : |
| as an owner of shares in DataTreasury Corporation, | : |
| SHEPHARD LANE, as an owner of shares in | : |
| DataTreasury Corporation, CLAUDIO BALLARD, | : |
| as an owner of shares in DataTreasury Corporation, | : |
| SYNGEN CORPORATION, CLAUDIO | : |
| BALLARD as an owner of shares in SYNGEN | |
| CORPORATION, CLAUDIO BALLARD as the | : |
| fiduciary to TED DOUKAS and SYNGEN DATA | : |
| SERVICES CORPORATION, CLAUDIO | : |
| BALLARD as the Constructive trustee of TED | |
| DOUKAS' interest in the technology created by a | : |
| joint venture, PETER LUPOLI, VIRGINIA | : |
| LUPOLI, CSP HOLDINGS INC., HAROLD NIX | : |
| (individually), NIX, PATTERSON AND ROACH, | : |
| LLP, BANK OF AMERICA, WELLS FARGO, | : |
| CITIBANK, BANK HAPOALIM, | |
| BANCORPSOUTH, INC., INTUIT, INC., | : |
| KEYCORP and KEYBANK NATIONAL ASSOC., | : |
| JP MORGAN CHASE & CO., INGENICO, JP | : |
| MORGAN CHASE BANK, M&T BANK CORP., | : |
| MERRILL LYNCH, UNION BANK OF | |
| CALIFORNIA, PNC FINANCIAL SERVICES | : |
| GROUP, CHARLES SCHWAB & CO., INC. and | : |
| CHARLES SCHWAB BANK, MERRILL | |
| LYNCH, PIERCE, FENNER & SMITH, INC., | : |
| PNC FINANCIAL SERVICES GROUP, THE | |
| ROYAL BANK OF SCOTLAND GROUP, | |
| SUNTRUST BANK, INC., WELLS FARGO & | : |
| COMPANY, BANK OF TOKYO-MITSUBISHI | : |
| UFJ, LTD., THE BANK OF NEW YORK | |
| MELLON CORPORATION, THE BANK OF | |
| NEW YORK MELLON, CITIGROUP, INC., | |
| CITIBANK, N.A., CITY NATIONAL BANK, | : |
| COMMUNITY BANKING SYSTEMS, BRANCH | : |
| BANKING AND TRUST CORPORATION, | |
| COMERICA BANK, COMERICA | |
| INCORPORATED, COMPASS BANCSHARES, | : |
| INC., COMPASS BANK, DEUSTSCHE BANK, | : |
| EDWARD D. JONES & CO., L.P., HSBC NORTH | : |
| AMERICA HOLDINGS INC., HSBC BANK USA, | : |

```
N.A., FIRST TENNESSEE BANK NATIONAL    :
ASSOCIATION, CULLEN/FROST BANKERS,     :
INC., and THE FROST NATIONAL BANK,     :
                                       :
                    Defendants.        :
- - - - - - - - - - - - - - - - - - - -x
```

Defendant DataTreasury Corporation, by and through its attorneys, Herrick, Feinstein LLP, pursuant to Fed. R. Civ. P. 7.1 states that there are no corporate parents, affiliates and/or subsidiaries of said defendant that are publicly held.

Dated: New York, NY
       July 7, 2011

HERRICK, FEINSTEIN LLP

_____
Scott E. Mollen (smollen@herrick.com)
M. Darren Traub (dtraub@herrick.com)
2 Park Avenue
New York, NY 10016
212.592.1400
*Attorneys for DataTreasury Corporation*

- 3 -