

| SIDLEY AUSTIN LLP | BEIJING | NEW YORK |
| --- | --- | --- |
| 787 SEVENTH AVENUE | BRUSSELS | PALO ALTO |
| NEW YORK, NY 10019 | CHICAGO | SAN FRANCISCO |
| (212) 839 5300 | DALLAS | SHANGHAI |
| (212) 839 5599 FAX | FRANKFURT | SINGAPORE |
| | GENEVA | SYDNEY |
| | HONG KONG | TOKYO |
| | LONDON | WASHINGTON, D.C. |
| | LOS ANGELES | |

bnagin@sidley.com
(212) 839-5911

FOUNDED 1866

July 13, 2011

**BY ECF**

Honorable Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York  11722

Re:  Ted Doukas, et al. v. Claudio Ballard, et al., Civ. No. 11-3275

Dear Judge Spatt:

We represent defendant Bank of Tokyo-Mitsubishi UFJ, Ltd. ("Bank of Tokyo") in the above-referenced action.  Prior to the removal of the action by another defendant on or about July 7, 2011, plaintiffs had extended by stipulation Bank of Tokyo's time to answer, move or otherwise respond to the Complaint through and including August 14, 2011.

In light of the removal to this Court, and in an abundance of caution, we have executed another stipulation with plaintiffs extending the time of defendant Bank of Tokyo to answer, move or otherwise respond to the Complaint through and including August 14, 2011. We respectfully request that the Court "So Order" the enclosed stipulation.

Respectfully submitted,

Benjamin R. Nagin

BRN:mm

Enclosure

cc:     All Counsel of Record

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

TED DOUKAS, SYNGEN DATA SERVICES
CORPORATION, TED DOUKAS as a shareholder of
SYNGEN DATA SERVICES, TED DOUKAS, as a joint
venture partner with CLAUDIO BALLARD, TED
DOUKAS as an equitable owner of all patents and
technology owned by CLAUDIO BALLARD or his
purported assignees, TED DOUKAS as an equitable owner
of all patents and technology owned by DataTreasury
Corp., TED DOUKAS as owner of certain technology and
assets produced by a joint venture with CLAUDIO
BALLARD, TED DOUKAS as a 50% equitable owner of
DataTreasury Corp., an assignee of CLAUDIO BALLARD'S
ownership of certain technology developed by the joint
venture and unknown Defendants named John and Jane Does
"1" through "750", TED DOUKAS as the constructive and
beneficial owner of all settlements and licensing agreements
relating to certain technology created by virtue of a joint
TED DOUKAS as a joint venture owner of the
assets of a joint venture partnership commonly referred to
"the *Doukas/Ballard joint venture*",

                                        Plaintiffs,

                        - against -

CLAUDIO BALLARD, KEITH DELUCIA a/k/a
"KEITH WICKEY", a/k/a "KEITH DOYLE", SHEPHARD
LANE, UNIDENTIFIED DEFENDANTS
JOHN AND JANE DOES "1" THROUGH "750"
UNIDENTIFIED CORPORATE ENTITIES "1" THROUGH
"75", UNKNOWN LICENSES AND BANKING
INSTITUTIONS "1" THROUGH "75", DATATREASURY
CORP., KEITH DELUCIA a/k/a "KEITH WICKEY", a/k/a
"KEITH DOYLE" as an owner of shares in DataTreasury
Corporation, SHEPHARD LANE, as an owner of shares in
DataTreasury Corporation, CLAUDIO BALLARD, as an
owner of shares in DataTreasury Corporation, SYNGEN
CORPORATION, CLAUDIO BALLARD as an owner of
shares in SYNGEN CORPORATION, CLAUDIO
BALLARD as the Constructive trustee of TED DOUKAS'
interest in the technology created by a joint venture, PETER
LUPOLI, VIRGINIA LUPOLI, CSP HOLDINGS INC.,

Civ. No. 11-3275

**STIPULATION
EXTENDING TIME
TO ANSWER**

HAROLD NIX (individually), NIX, PATTERSON AND          :
ROACH, LLP, BANK OF AMERICA, WELLS FARGO               :
CITIBANK, BANK HAPOALIM, BANCORPSOUTH, INC.,           :
INTUIT, INC., KEYCORP and KEYBANK NATIONAL             :
ASSOC., JP MORGAN CHASE & CO., INGENICO, JP            :
MORGAN CHASE BANK, M&T BANK CORP., MERRILL             :
LYNCH, UNION BANK OF CALIFORNIA, PNC FINANCIAL         :
SERVICES GROUP, CHARLES SCHWAB & CO., INC. and         :
CHARLES SCHWAB BANK, MERRILL LYNCH, PIERCE,            :
FENNER & SMITH, INC., PNC FINANCIAL SERVICES           :
GROUP, THE ROYAL BANK OF SCOTLAND GROUP,               :
SUNTRUST BANK, INC., WELLS FARGO & COMPANY,            :
BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE BANK           :
OF NEW YORK MELLON CORPORATION, THE BANK               :
OF NEW YORK MELLON, CITIGROUP, INC., CITIBANK,         :
N.A., CITY NATIONAL BANK, COMMUNITY BANKING            :
SYSTEMS, BRANCH BANKING AND TRUST                      :
CORPORATION, COMERICA BANK, COMERICA                   :
INCORPORATED, COMPASS BANCSHARES, INC.,                :
COMPASS BANK, DEUSTSCHE BANK, EDWARD D.                :
JONES & CO., L.P., HSBC NORTH AMERICA HOLDINGS         :
INC., HSBC BANK USA, N.A., FIRST TENNESSEE BANK        :
NATIONAL ASSOCIATION, CULLEN/FROST BANKERS,            :
INC., and THE FROST NATIONAL BANK,                     :
                                                       :
                              Defendants.              :
                                                       :
------------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and

Defendant Bank of Tokyo-Mitsubishi UFJ, Ltd., through their respective undersigned counsel,

that the time within which Defendant Bank of Tokyo-Mitsubishi UFJ, Ltd. may answer, move, or

-2-

otherwise respond to the Complaint in the above-captioned action is extended through and

including August 14, 2011.

Dated: New York, New York
      July 12, 2011

LAW OFFICES OF ROBERT J. DEL COL

By:_____
    Robert J. Del Col
    1038 West Jericho Turnpike
    Smithtown, NY 11787
    (631) 271-4684

Attorney for Plaintiffs

SIDLEY AUSTIN LLP

By:_____
    Benjamin R. Nagin
    787 Seventh Avenue
    New York, NY 10019
    (212) 839-5300

Attorneys for Defendant
 Bank of Tokyo-Mitsubishi UFJ, Ltd.

SO ORDERED:

_____
           U.S.D.J.

-3-

NY1 7734824v.1