UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
TED DOUKAS, SYNGEN DATA SERVICES :
CORPORATION, TED DOUKAS as a shareholder of :
SYNGEN DATA SERVICES, TED DOUKAS, as a joint :
venture partner with CLAUDIO BALLARD, TED :
DOUKAS as an equitable owner of all patents and :
technology owned by CLAUDIO BALLARD or his :
purported assignees, TED DOUKAS as an equitable owner :
of all patents and technology owned by DataTreasury : Civ. No. 11-3275 (ADS)
Corp., TED DOUKAS as owner of certain technology and :
Assets produced by a joint venture with CLAUDIO :
BALLARD, TED DOUKAS as a 50% equitable owner of : Supreme Court of the State
DataTreasury Corp., an assignee of CLAUDIO BALLARD'S : of New York; County of
ownership of certain technology developed by the joint : Suffolk
venture and unknown Defendants named John and Jane Does : Index No. 009267/2011
"1" through "750", TED DOUKAS as the constructive and :
beneficial owner of all settlements and licensing agreements :
relating to certain technology created by virtue of a joint :
TED DOUKAS as a joint venture owner of the assets of a :
joint venture partnership commonly referred to : **NOTICE OF**
"the *Doukas/Ballard joint venture*", : **APPEARANCE**
 :
            Plaintiffs, :
 :
    - *against* - :
 :
CLAUDIO BALLARD, KEITH DELUCIA a/k/a :
"KEITH WICKEY", a/k/a "KEITH DOYLE", SHEPHARD :
LANE, UNIDENTIFIED DEFENDANTS JOHN AND :
JANE DOES "1" THROUGH "750", UNIDENTIFIED :
CORPORATE ENTITIES "1" THROUGH "75", UNKNOWN :
LICENSES AND BANKING INSTITUTIONS "1" :
THROUGH "75", DATATREASURY CORP., KEITH :
DELUCIA a/k/a "KEITH WICKEY", a/k/a "KEITH DOYLE" :
as an owner of shares in DataTreasury Corporation, :
SHEPARD LANE, as an owner of shares in DataTreasury :
Corporation, CLAUDIO BALLARD, as an owner of shares :
in DataTreasury Corporation, SYNGEN CORPORATION, :
CLAUDIO BALLARD as an owner of shares in SYNGEN :
CORPORATION, CLAUDIO BALLARD as the fiduciary :
to TED DOUKAS and SYNGEN DATA SERVICES :
CORPORATION, CLAUDIO BALLARD as the Constructive :
trustee of TED DOUKAS' interest in the technology :
created by a joint venture, PETER LUPOLI, VIRGINIA :

| | |
|---|---|
| LUPOLI,CSP HOLDINGS INC., HAROLD NIX (individually), NIX, PATTERSON AND ROACH, LLP, BANK OF AMERICA, WELLS FARGO, CITIBANK, BANK HAPOALIM, BANCORPSOUTH, INC., INTUIT, INC., KEYCORP and KEYBANK NATIONAL ASSOC., JP MORGAN CHASE & CO., INGENICO, JP MORGAN CHASE BANK, M&T BANK CORP., MERRILL LYNCH, UNION BANK OF CALIFORNIA, PNC FINANCIAL SERVICES GROUP, CHARLES SCHWAB & CO., INC. and CHARLES SCHWAB BANK, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., PNC FINANCIAL SERVICES GROUP, THE ROYAL BANK OF SCOTLAND GROUP, SUNTRUST BANK, INC., WELLS FARGO & COMPANY, BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE BANK OF NEW YORK MELLON CORPORATION, THE BANK OF NEW YORK MELLON, CITIGROUP, INC., CITIBANK, N.A., CITY NATIONAL BANK, COMMUNITY BANKING SYSTEMS, BRANCH BANKING AND TRUST CORPORATION, COMERICA BANK, COMERICA INCORPORATED, COMPASS BANCSHARES, INC., COMPASS BANK, DEUSTSCHE BANK, EDWARD D. JONES & CO., L.P., HSBC NORTH AMERICA HOLDINGS INC., HSBC BANK USA, N.A., FIRST TENNESSEE BANK NATIONAL ASSOCIATION, CULLEN/FROST BANKERS, INC., and THE FROST NATIONAL BANK, | : : : : : : : : : : : : : : : : : : : : : : : |
| Defendants. | : |

-------------------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear as counsel for defendants Charles Schwab & Co., Inc. and Charles Schwab Bank in the above-captioned action. Defendant requests that all papers in connection with the above-captioned action be served upon the undersigned.

Dated: New York, New York
      July 14, 2011

                    FULBRIGHT & JAWORSKI L.L.P.


                    By:    /s/   *Travis J. Mock*
                        James H. Neale (1803410)
                        Travis J. Mock (4828026)
                  666 Fifth Avenue
                  New York, NY 10103-3198
                  Telephone: (212) 318-3000
                  Facsimile: (212) 318-3400
                  jneale@fulbright.com
                  tmock@fulbright.com

                  *Attorneys for Defendants*
                  *Charles Schwab & Co., Inc. and*
                  *Charles Schwab Bank*