AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Ted Doukas, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No.   11-03275 |
| Claudio Ballard | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Bank of New York Mellon and The Bank of New York Mellon Corpoation

Date:   07/18/2011

*Daniel Crichlow*
*Attorney's signature*

David Crichlow
*Printed name and bar number*

Pillsbury Withrop Shaw Pittman
1540 Broadway
New York, NY 10036

*Address*

david.crichlow@pillsburylaw.com
*E-mail address*

(212) 858-1640
*Telephone number*

(917) 464-6437
*FAX number*