# SIDLEY

**SIDLEY AUSTIN LLP**

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
(212) 839 5300
(212) 839 5599 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

bnagin@sidley.com
(212) 839-5911

FOUNDED 1866

July 13, 2011

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 14 2011 ★

LONG ISLAND OFFICE

**BY ECF**

Honorable Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

Re: <u>Ted Doukas, et al. v. Claudio Ballard, et al., Civ. No. 11-3275</u>

Dear Judge Spatt:

We represent defendant Bank of Tokyo-Mitsubishi UFJ, Ltd. ("Bank of Tokyo") in the above-referenced action. Prior to the removal of the action by another defendant on or about July 7, 2011, plaintiffs had extended by stipulation Bank of Tokyo's time to answer, move or otherwise respond to the Complaint through and including August 14, 2011.

In light of the removal to this Court, and in an abundance of caution, we have executed another stipulation with plaintiffs extending the time of defendant Bank of Tokyo to answer, move or otherwise respond to the Complaint through and including August 14, 2011. We respectfully request that the Court "So Order" the enclosed stipulation.

Respectfully submitted,

Benjamin R. Nagin

BRN:mm

Enclosure

cc: All Counsel of Record

*The Court recuses itself from this case. The Clerk of the Court is respectfully directed to assign a new district judge to this case. So Ordered.*

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.**

/s/
U.S.D.J. Arthur D. Spatt
7/14/11