UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
TED DOUKAS, SYNGEN DATA SERVICES
CORPORATION, TED DOUKAS as a shareholder of
SYNGEN DATA SERVICES, TED DOUKAS, as a joint
venture partner with CLAUDIO BALLARD, TED
DOUKAS as an equitable owner of all patents and
technology owned by CLAUDIO BALLARD or his
purported assignees, TED DOUKAS as an equitable
owner of all patents and technology owned by
DataTreasury Corp.; TED DOUKAS as owner of certain
technology and Assets produced by a joint venture with
CLAUDIO BALLARD, TED DOUKAS as a 50%
equitable owner of DataTreasury Corp., an assignee of
CLAUDIO BALLARD's ownership of certain
technology developed by the joint venture and unknown
Defendants named John and Jane Does "1" through
"750", TED DOUKAS as the constructive and beneficial
owner of all settlements and licensing agreements
relating to certain technology created by virtue of a joint
TED DOUKAS as a joint venture owner of the assets of
a joint venture partnership commonly referred to "the
*Doukas/Ballard joint venture*",

                Plaintiffs,

    -against-

CLAUDIO BALLARD, KEITH DELUCIA a/k/a
"KEITH WICKEY", a/k/a "KEITH DOYLE",
SHEPHARD LANE, UNIDENTIFIED DEFENDANTS
JOHN AND JANE DOES "1" THROUGH "750",
UNIDENTIFIED CORPORATE ENTITIES "1"
THROUGH "75", UNKNOWN LICENSES AND
BANKING INSTITUTIONS "1" THROUGH "75",
DATATREASURY CORP., KEITH DELUCIA a/k/a
"KEITH WICKEY", a/k/a "KEITH DOYLE" as an
owner of shares in DataTreasury Corporation,
SHEPHARD LANE, as an owner of shares in
DataTreasury Corporation, CLAUDIO BALLARD, as an
owner of shares in DataTreasury Corporation, SYNGEN
CORPORATION, CLAUDIO BALLARD as an owner
of shares in SYNGEN CORPORATION, CLAUDIO
BALLARD as the fiduciary to TED DOUKAS and
SYNGEN DATA SERVICES CORPORATION,
CLAUDIO BALLARD as the Constructive trustee of

**STIPULATION AND
[PROPOSED] ORDER
EXTENDING TIME TO
ANSWER OR RESPOND TO
COMPLAINT**

No. 11-cv-03275

TED DOUKAS' interest in the technology created by a joint venture, PETER LUPOLI, VIRGINIA LUPOLI, CSP HOLDINGS INC., HAROLD NIX (individually), NIX, PATTERSON AND ROACH, LLP, BANK OF AMERICA, WELLS FARGO, CITIBANK, BANK HAPOALIM, BANCORPSOUTH, INC., INTUIT, INC., KEYCORP and KEYBANK NATIONAL ASSOC., JP MORGAN CHASE & CO., INGENICO, JP MORGAN CHASE BANK, M&T BANK CORP., MERRILL LYNCH, UNION BANK OF CALIFORNIA, PNC FINANCIAL SERVICES GROUP, CHARLES SCHWAB & CO., INC. and CHARLES SCHWAB BANK, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., PNC FINANCIAL SERVICES GROUP, THE ROYAL BANK OF SCOTLAND GROUP, SUNTRUST BANK, INC., WELLS FARGO & COMPANY, BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE BANK OF NEW YORK MELLON CORPORATION, THE BANK OF NEW YORK MELLON, CITIGROUP, INC., CITIBANK, N.A., CITY NATIONAL BANK, COMMUNITY BANKING SYSTEMS, BRANCH BANKING AND TRUST CORPORATION, COMERICA BANK, COMERICA INCORPORATED, COMPASS BANCSHARES, INC., COMPASS BANK, DEUSTSCHE BANK, EDWARD D. JONES & CO., L.P., HSBC NORTH AMERICA HOLDINGS INC., HSBC BANK USA, N.A., FIRST TENNESSEE BANK NATIONAL ASSOCIATION, CULLEN/FROST BANKERS, INC., and THE FROST NATIONAL BANK,

      Defendants.
------------------------------------------------------------------ X

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs Ted Doukas and Syngen Data Services Corporation, et al. and Defendants The Bank of New York Mellon and The Bank of New York Mellon Corporation, that the time for Defendants to answer, move, or otherwise respond to the complaint in the above-captioned action is extended to August 15, 2011.

Dated: New York, New York
July 18, 2011

PILLSBURY WINTHROP SHAW PITTMAN LLP     LAW OFFICES OF ROBERT J. DEL COL

By: _____     By: _____
    David A. Crichlow                                    Robert J. Del Col
    Tameka M. Beckford-Young

1540 Broadway                                      1038 West Jericho Turnpike
New York, New York 10036-4039               Smithtown, New York 11787
(212) 858-1000                                   (631) 271-4684

*Attorneys for Defendants*                           *Attorneys for Plaintiffs*
*The Bank of New York Mellon and*                 *Ted Doukas and*
*The Bank of New York Mellon Corporation*      *Syngen Data Services Corporation, et al.*


SO ORDERED, this _____ day of July, 2011


_____
United States District Court Judge