UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TED DOUKAS, SYNGEN DATA SERVICES
CORPORATION, TED DOUKAS as a shareholder of
SYNGEN DATA SERVICES, TED DOUKAS, as a joint
venture partner with CLAUDIO BALLARD, TED
DOUKAS as an equitable owner of all patents and
technology owned by CLAUDIO BALLARD or his
purported assignees, TED DOUKAS as an equitable owner
of all patents and technology owned by DataTreasury
Corp., TED DOUKAS as owner of certain technology and
assets produced by a joint venture with CLAUDIO
BALLARD, TED DOUKAS as a 50% equitable owner of
DataTreasury Corp., an assignee of CLAUDIO BALLARD'S
ownership of certain technology developed by the joint
venture and unknown Defendants named John and Jane Does
"1" through "750", TED DOUKAS as the constructive and
beneficial owner of all settlements and licensing agreements
relating to certain technology created by virtue of a joint
TED DOUKAS as a joint venture owner of the
assets of a joint venture partnership commonly referred to
"the *Doukas/Ballard joint venture*",

         Plaintiffs,

   - against -

CLAUDIO BALLARD, KEITH DELUCIA a/k/a
"KEITH WICKEY", a/k/a "KEITH DOYLE", SHEPHARD
LANE, UNIDENTIFIED DEFENDANTS
JOHN AND JANE DOES "1" THROUGH "750"
UNIDENTIFIED CORPORATE ENTITIES "1" THROUGH
"75", UNKNOWN LICENSES AND BANKING
INSTITUTIONS "1" THROUGH "75", DATATREASURY
CORP., KEITH DELUCIA a/k/a "KEITH WICKEY", a/k/a
"KEITH DOYLE" as an owner of shares in DataTreasury
Corporation, SHEPHARD LANE, as an owner of shares in
DataTreasury Corporation, CLAUDIO BALLARD, as an
owner of shares in DataTreasury Corporation, SYNGEN
CORPORATION, CLAUDIO BALLARD as an owner of
shares in SYNGEN CORPORATION, CLAUDIO
BALLARD as the Constructive trustee of TED DOUKAS'
interest in the technology created by a joint venture, PETER
LUPOLI, VIRGINIA LUPOLI, CSP HOLDINGS INC.,

Civ. No. 11-3275
(ECF Case)

**NOTICE OF**
**APPEARANCE**

HAROLD NIX (individually), NIX, PATTERSON AND :
ROACH, LLP, BANK OF AMERICA, WELLS FARGO :
CITIBANK, BANK HAPOALIM, BANCORPSOUTH, INC., :
INTUIT, INC., KEYCORP and KEYBANK NATIONAL :
ASSOC., JP MORGAN CHASE & CO., INGENICO, JP :
MORGAN CHASE BANK, M&T BANK CORP., MERRILL :
LYNCH, UNION BANK OF CALIFORNIA, PNC FINANCIAL :
SERVICES GROUP, CHARLES SCHWAB & CO., INC. and :
CHARLES SCHWAB BANK, MERRILL LYNCH, PIERCE, :
FENNER & SMITH, INC., PNC FINANCIAL SERVICES :
GROUP, THE ROYAL BANK OF SCOTLAND GROUP, :
SUNTRUST BANK, INC., WELLS FARGO & COMPANY, :
BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE BANK :
OF NEW YORK MELLON CORPORATION, THE BANK :
OF NEW YORK MELLON, CITIGROUP, INC., CITIBANK, :
N.A., CITY NATIONAL BANK, COMMUNITY BANKING :
SYSTEMS, BRANCH BANKING AND TRUST :
CORPORATION, COMERICA BANK, COMERICA :
INCORPORATED, COMPASS BANCSHARES, INC., :
COMPASS BANK, DEUSTSCHE BANK, EDWARD D. :
JONES & CO., L.P., HSBC NORTH AMERICA HOLDINGS :
INC., HSBC BANK USA, N.A., FIRST TENNESSEE BANK :
NATIONAL ASSOCIATION, CULLEN/FROST BANKERS, :
INC., and THE FROST NATIONAL BANK, :
                                                                                :
                                        Defendants.     :
                                                                                :
-------------------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear as counsel for Defendant Bank of Tokyo-Mitsubishi UFJ, Ltd. in the above-captioned action.

-3-

Defendant requests that all papers in connection with the above-captioned action be served upon the undersigned.

Dated: New York, New York
      July 20, 2011

                      SIDLEY AUSTIN LLP

                      By: _____
                           Benjamin R. Nagin
                           787 Seventh Avenue
                           New York, NY 10019
                           (212) 839-5300
                           bnagin@sidley.com

                           Attorneys for Defendant
                             Bank of Tokyo-Mitsubishi UFJ, Ltd.