UNITED STATES DISTRICT COURT
EASTERN DISTRICT: NEW YORK
----------------------------------------------------------------------X
TED DOUKAS, SYNGEN DATA SERVICES, TED
DOUKAS, AS A SHAREHOLDER OF SYNGEN
DATA SERVICES, TED DOUKAS, AS A JOINT
VENTURE PARTNER WITH CLAUDIO BALLARD,
TED DOUKAS, AS AN EQUITABLE OWNER OF ALL
PATENTS AND TECHNOLOGY OWNED BY
CLAUDIO BALLARD, TED DOUKAS, AS AN
EQUITABLE OWNER OF ALL PATENTS AND
TECHNOLOGY OWNED BY DATATREASURY
CORP., TED DOUKAS, AS OWNER OF CERTAIN
TECHNOLOGY AND ASSETS PRODUCED BY A
JOINT VENTURE WITH CLAUDIO BALLARD, TED
DOUKAS AS A 50% EQUITABLE OWNER OF
DATATREASURY CORPORATION AS AN ASSIGNEE
OF CLAUDIO BALLARD'S OWNERSHIP OF A
CERTAIN PATENT DEVELOPED BY THE JOINT
VENTURE AND UNKNOWN DEFENDANTS NAMED
JOHN AND JANE DOES "1" THROUGH "750",
        Plaintiffs,

   -against-                  **NOTICE OF MOTION TO
                                      REMAND (28 U.S.C. §§ 1447 [c ])**

                                    Case No.:   2:11-CV-3275
                                    Hon. Joseph F. Bianco
                                    District Court Judge

CLAUDIO BALLARD, KEITH DELUCIA a/k/a
"KEITH WICKEY", a/k/a "KEITH DOYLE", SHEPARD
LANE, KNOWN BUT UNIDENTIFIED DEFENDANTS
JOHN AND JANE DOES "1" THROUGH "750",
DATATREASURY CORP., KEITH DELUCIA a/k/a
"KEITH WICKEY", a/k/a "KEITH DOYLE", AS AN
OWNER OF SHARES IN DTC, SHEPARD LANE, AS
AN OWNER OF SHARES IN DTC, CLAUDIO
BALLARD, AS AN OWNER OF SHARES IN DTC,
SYNGEN, INC., CLAUDIO BALLARD AS AN OWNER
OF SHARES IN SYNGEN, CORP., CLAUDIO BALLARD
AS THE FIDUCIARY OF TED DOUKAS AND SYNGEN
DATA SERVICES, INC., CLAUDIO BALLARD AS THE
CONSTRUCTIVE TRUSTEE OF TED DOUKAS'
INTEREST IN THE TECHNOLOGY CREATED BY A
JOINT VENTURE,
        Defendants.
----------------------------------------------------------------------X

1

## NOTICE OF MOTION TO REMAND

**PLEASE TAKE NOTICE** that upon the pleadings and proceedings heretofore had herein, and upon the annexed Motion to Remand to state court with Exhibits and accompanying Memorandum in Support thereof, undersigned counsel for the Plaintiffs will move this Court, the United States District Court held in and for the Eastern District of New York, the Honorable Joseph F. Bianco of this Court presiding, to be held at the Courthouse located at 100 Federal Plaza, Central Islip, New York 11722, for an Order remanding this action to Supreme Court of the State of New York, Suffolk County, in which it was commenced, and for such other and further relief as to the Court may seem just and proper.

Dated: July 29, 2011       Respectfully Submitted,
        Smithtown, New York      Robert Del Col

/s/
_____
**ROBERT J. DEL COL, ESQ.**
1038 West Jericho Tpke
Smithtown, NY 11787
631-271-4684
*Attorney for Plaintiffs*