UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TED DOUKAS, SYNGEN DATA SERVICES
CORPORATION, TED DOUKAS as shareholder of
SYNGEN DATA SERVICES, TED DOUKAS, as a joint
venture partner with CLAUDIO BALLARD, TED
DOUKAS as an equitable owner of all patents and
technology owned by CLAUDIO BALLARD or his
purported assignees, TED DOUKAS as an equitable owner
of all patents and technology owned by Data Treasury
Corp., TED DOUKAS as owner of certain technology and
assets produced by a joint venture with CLAUDIO
BALLARD, TED DOUKAS as a 50% equitable owner of
Data Treasury Corp., an assignee of CLAUDIO BALLARD's
ownership of certain technology developed by the joint
venture and unknown Defendants named John and Jane Does
"1" through "750", TED DOUKAS as the constructive and
beneficial owner of all settlements and licensing agreements
relating to certain technology created by virtue of a joint
TED DOUKAS as a joint venture owner of the
assets of a joint venture partnership commonly referred to
"the Doukas/Ballard joint venture",

                         Plaintiffs,

                  -against-

CLAUDIO BALLARD, KEITH DELUCIA a/k/a
"KEITH WICKEY", a/k/a "KEITH DOYLE", SHEPHARD
LANE, UNIDENTIFIED DEFENDANTS
JOHN AND JANE DOES "1 through "750",
UNIDENTIFIED CORPORATE ENTITIES "1" THROUGH
"75" UNKNOWN LICENSES AND BANKING
INSTITUTIONS "1" THROUGH "75", DATA TREASURY
CORP., KEITH DELUCIA a/k/a "KEITH WICKEY", a/k/a
"KEITH DOYLE" as owner of shares in Data Treasury
Corporation, SHEPHARD LANE, as an owner of shares in
Data Treasury Corporation, CLAUDIO BALLARD, as an
owner of shares in Data Treasury Corporation, SYNGEN
CORPORATION, CLAUDIO BALLARD as an owner of
shares in SYNGEN CORPORATION, CLAUDIO
BALLARD as the fiduciary to TED DOUKAS and SYNGEN
DATA SERVICES CORPORATION, CLAUDIO
BALLARD as the Constructive trustee of TED DOUKAS'
interest in the technology created by a joint venture, PETER

**11 CV 3275**

Supreme Court of the State
of New York; County of
Suffolk
Index No. 2011/09267

**NOTICE OF
APPEARANCE**

1

LUPOLI, VIRGINIA LUPOLI, CSP HOLDINGS INC.,
HAROLD NIX (individually), NIX, PATTERSON AND
ROACH, LLP, BANK OF AMERICA, WELLS FARGO,
CITIBANK, BANK HAPOALIM, BANCORPSOUTH, INC.,
INTUIT, INC., KEYCORP and KEYBANK NATIONAL
ASSOC., JP MORGAN CHASE & CO., INGENICO, JP
MORGAN CHASE BANK, M&T BANK CORP., MERRILL
LYNCH, UNION BANK OF CALIFORNIA, PNC FINANCIAL
SERVICES GROUP, CHARLES SCHWAB & CO,, INC. and
CHARLES SCHWAB BANK, MERRILL LYNCH PIERCE,
FENNER & SMITH INC., PNC FINANCIAL SERVICES
GROUP, THE ROYAL BANK OF SCOTLAND GROUP,
SUNTRUST BANK, INC., WELLS FARGO & COMPANY,
BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE BANK
OF NEW YORK MELLON CORPORATION, THE BANK
OF NEW YORK MELLON, CITIGROUP, INC., CITIBANK,
N.A., CITY NATIONAL BANK, COMMUNITY BANKING
SYSTEMS, BRANCH BANKING AND TRUST
CORPORATION, COMERICA BANK, COMERICA
INCORPORATED, COMPASS BANCSHARES, INC.,
COMPASS BANK, DEUSTSCHE BANK, EDWARD D.
JONES & CO., L.P., HSBC NORTH AMERICA HOLDINGS
INC., HSBC BANK USA, N.A., FIRST TENNESSEE BANK
NATIONAL ASSOCIATION, CULLEN/FROST BANKERS,
INC., and THE FROST NATIONAL BANK,

Defendants.

-------------------------------------------------------------------------------X

PLEASE TAKE NOTICE, that the undersigned attorneys hereby appear as counsel for

defendant, VIRGINIA LUPOLI, in the above-captioned action.  Defendant requests that all

papers in connection with the above-captioned action be served upon the undersigned.

Dated: Huntington, New York
       August 3, 2011

Yours, etc,

By: Theresa M. Mahlstadt (TM-6102)
ROBERT A. ROSS, ESQ.
Attorney for Defendant, Virginia Lupoli
141 East Main Street
Huntington, NY 11743
(631) 673-8362

# Certificate of Service

I hereby certify that on August 3, 2011, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Easter District's Rules on Electronic Service upon the following parties and participants:

Robert J. Del Col, Esq.
Law Office of Robert J. Del Col, Esq.
*Attorney for Plaintiffs*
1038 West Jericho Turnpike
Smithtown, NY 11787
631-271-4684
Fax: 631-629-4583
Email: markefo@aol.com

Michael Darren Traub, Esq.
Scott E. Mollen, Esq.
Herrick Feinstein LLP
*Attorney for Defendants Claudio Ballard and Data Treasury Corp.*
2 Park Avenue
New York, NY 10016
212-545-1578
Fax: 212-545-2307
Email: dtraub@herrick.com
      smollen@herrick.com

Rebecca Anne Brazzano, Esq.
Thompson Hine LLP
*Attorney for Keycorp and Keybank National Assoc.*
335 Madison Avenue, 12th Floor
New York, NY 10017
212-344-5680
Fax: 212-344-6101
Email: rebecca.brazzano@thompsonhine.com

Jose Rodrigo Fuentes, Esq.
Fish & Richardson PC
*Attorney for Defendants Bank of America, Merrill Lynch, Merrill Lynch, Pierce, Fenner & Smith, Inc.*
601 Lexington Avenue
New York, NY 10022
212-765-5070
Fax: 212-258-2291
Email: jrf@fr.com

John Albert Basinger, Esq.
Baker & McKenzie LLP
*Attorney for Defendants Wells Fargo And Wells Fargo & Company*
1114 Avenue of the Americas
New York, NY 10036
212-626-4463
Fax: 212-310-1624
Email: john.a.basinger@bakernet.com

Jonathan Andrew Muenkel, Esq.
Jones Day
*Attorney for M&T Bank Corp.*
222 East 41st Street
New York, NY 10017
212-326-3939
Fax: 212-755-7306
Email: jamuenkel@jonesday.com

James H. Neale, Esq.
Travis James Mock, Esq.
Fulbright & Jaworski LLP
*Attorney for Defendants Charles Schwab
& Co., Inc. and Charles Schwab Bank*
666 Fifth Avenue
New York, NY 10103
212-318-3139
Fax: 212-318-3400
Email: jneale@fulbright.com
         tmock@fulbright.com

Benjamin R. Nagin, Esq.
Sidley, Austin Brown & Wood LLP
*Attorney for Bank of Tokyo-Mitsubishi
UJF, Ltd.*
787 7th Avenue
New York, NY 10019
212-839-5599
Fax: 212-839-5599
Email: bnagin@sidley.com

David Andrew Crichlow, Esq.
Tameka Beckford Young, Esq.
Pillsbury Winthrop, Shaw, Pittman LLP
*Attorney for Defendants The Bank of
New York Mellon Corporation and
The Bank of New York*
1540 Broadway
New York, NY 10036
212-858-1000
Fax: 212-858-1500
Email: david.crichlow@pillsburylaw.com
         tameka.beckfordyoung@pillsburylaw.com

Justin Joseph D'Elia, Esq.
Loren Schechter, Esq.
Duane Morris LLP
*Attorney for Edward D. Jones & Co., L.P.*
1540 Broadway
New York, NY 10036
212-692-1000
Fax: 212-692-1020
Email: jjdelia@duanemorris.com
         lschecter@duanemorris.com

Dated: Huntington, New York
         August 3, 2011

By: Theresa M. Mahlstadt (TM-6102)
ROBERT A. ROSS, ESQ.
141 E. Main Street
Huntington, New York 11743
(631) 673-8362
Fax: (631) 673-5690
Email: raratty@aol.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                    **File No.: 11 CV 3275**

TED DOUKAS, et al,

                                    Plaintiffs,

    - against -

CLAUDIO BALLARD, et al,

                                    Defendants.

### NOTICE OF APPEARANCE

**ROBERT A. ROSS, ESQ.**
*Attorney for Defendant*
**VIRGINIA E.M. LUPOLI**
141 East Main Street
Huntington, New York 11743
(631) 673-8362