<u>CIVIL CAUSE FOR MOTION HEARING - TELEPHONE</u>

<u>BEFORE JUDGE BIANCO</u>

<u>August 8, 2011</u>                                                TIME:  <u>3:24 p.m.</u>
                                                              TIME IN COURT:  <u>8 min.</u>

<u>CASE NUMBER:</u>  <u>CV 11-3275</u>

<u>TITLE:</u>         <u>DOUKAS ET AL V. BALLARD ET AL</u>

<u>PLTFFS ATTY:</u>     **Robert DelCol**
                  <u> X  present</u>          <u>    not present</u>

<u>DEFTS ATTY:</u>      **Michael Traub, Scott Mollen for Claudio Ballard,**
                 **Keith Dulucia, Shepard Lane, DataTreasury Corp.,**
                 **Bank Hapoalim**
                  <u>X present</u>           <u>    not present</u>

                 **Richard Levine for DataTreasury Corp.**
                  <u> X  present</u>         <u>    not present</u>

                 **Jose Rodrigo Fuentes for Bank of America**
                  <u> X  present</u>         <u>    not present</u>

                 **John Basinger for Well Fargo**
                  <u> X  present</u>         <u>    not present</u>

                 **Michael Sacksteder for Inuit, Inc.**
                  <u> X  present</u>         <u>    not present</u>

                 **Rebecca Brazzano for Keycorp and**
                                    **Keybank National Association**
                  <u>X  present</u>          <u>    not present</u>

                 **Wiliam Rooklidge and Jonathan Muenkel for**
                                                        **M&T BankCorp**
                  <u> X  present</u>         <u>    not present</u>

                 **Benjamin Nagin and Jeffrey Finn for Bank of Toyoko-**
                                        **Mitsubishi UFJ, Ltd.**
                  <u>X  present</u>          <u>    not present</u>

                 **David Crichlow for The Bank of New York Mellon Corp.,**
                                       **The Bank of New York Mellon**
                  <u> X  present</u>         <u>    not present</u>

                 **Patrick McPherson and Justin D'Elia for**
                                       **Edward D. Jones & Co.,L.P.**
                  <u> X  present</u>         <u>    not present</u>

<u>FTR RECORDER: 3:24 - 3:32</u>            <u>COURTROOM DEPUTY:  Mary Ryan</u>

OTHER: _____

<u>  X  </u>    CASE CALLED.

<u>  X  </u>    CONFERENCE HELD.

_____    ARGUMENT HEARD / CONT'D TO_____.

_____    MOTION _____Granted    _____Denied

**OTHER:**  Opposition to motion to remand by 8/29/2011,   Reply 9/16/2011.  Oral Argument on 10/17/2011 at 1:30 p.m.    Time to answer stayed pending outcome of motion to remand.