UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

TED DOUKAS, ET AL.,

                Plaintiffs,

  - against -

CLAUDIO BALLARD, ET AL.,

                Defendants.

----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 23 2011 ★

LONG ISLAND OFFICE

**JUDGMENT**
CV-11-3275 (JFB)(WDW)

A Memorandum and Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on November 21, 2011, granting plaintiffs' motion to remand, denying plaintiffs' request for sanctions, and remanding this case to New York Supreme Court, Suffolk County, it is

**ORDERED AND ADJUDGED** that plaintiffs take nothing of defendants; that plaintiffs' motion to remand is granted; that plaintiffs' request for sanctions is denied; and that this case is remanded to New York Supreme Court, Suffolk County.

Dated: Central Islip, New York
       November 23, 2011

                                                  DOUGLAS C. PALMER
                                                  CLERK OF THE COURT

                               BY:    /S/ CATHERINE VUKOVICH
                                               DEPUTY CLERK